■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BUNTS, Appellant. — Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on July 19, 1983, unanimously affirmed. Application by appellant's counsel to withdraw

as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Asch and Kassal, JJ.